1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GARY W. SCHONS
    Senior Assistant Attorney General
4   HOLLY D. WILKENS
    Deputy Attorney General
5   PAMELA A. RATNER, State Bar No. 113798
    Supervising Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2273
     Fax: (619) 645-2271
9    Email: Pamela.Ratner@doj.ca.gov

10  Attorneys for Respondent

11                  IN THE UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14  **CYNTHIA LYNN COFFMAN,**                    06-7304-ABC

15                                  Petitioner,

16        **v.**                                 **NOTICE OF LODGMENT
                                                  IN 28 U.S.C. § 2254 HABEAS
17                                                CORPUS CASE**

18  **DEBORAH L. PATRICK, Warden of
    Central California Women's Facility,**

19                                Respondent.

20

21          Respondent, respectfully requests that the following records be lodged with

22  the following records be lodged with this Court:

23

24      1.  Opening Brief, California Supreme Court, filed September 4, 1998 (2

25  volumes)

26      2.  Respondent's Brief filed April 6, 2000

27      3.  Reply Brief filed March 9, 2001

28      4.  Opinion, California Supreme Court, filed August 19, 2004

                                        1

5. Petition for Rehearing, California Supreme Court, filed September 7, 2004

6. Denial of Petition for Rehearing, California Supreme Court, filed October 27, 2004

7. Petition for Writ of Certiorari, United States Supreme Court, filed February 24, 2005

8. Denial of Petition for Writ of Certiorari, United States Supreme Court, filed May 31, 2005

9. Petition for Writ of Habeas Corpus, California Supreme Court, filed March 1, 2002

10. Respondent's Informal Response to the Petition for Writ of Habeas Corpus, filed September 16, 2002

11. Reply to Informal Response, filed June 18, 2003

12. Supplemental Evidence And Information In Support of Claims Raised In Petition for Writ of Habeas Corpus, filed August 8, 2005

13. Denial of Petition for Writ of Habeas Corpus, filed October 16, 2006

14. Clerk's Transcripts (18 volumes)

15. Reporter's Transcripts (86 volumes)

Dated: February 28, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

/s/Pamela A. Ratner
PAMELA A. RATNER
Supervising Deputy Attorney General
Attorneys for Respondent

PAR:ms
70116224.wpd
SD2006701547

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Cynthia Lynn Coffman v. Deborah L. Patrick, Warden**
No.:   **06-7304-ABC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 29, 2008, I served the attached **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Jeannie R. Sternberg
Deborah Y. Drew
Joseph A. Triglio
Habeas Corpus Resource Center
303 Second Street
Suite 400 South
San Francisco, CA 94107

California Appellate Project ( SF)
101 Second Street
Suite 600
San Francisco, 94105

Death Penalty Law Clerk
United States Courthouse, Room 810
312 North Spring Street
Los Angeles, CA 90012

The Honorable Audrey B. Collins, Judge
United States District Court, Central District
Edward R. Roybal Federal Building
255 East Temple Street
Room 680
Los Angeles, CA  90012

The Honorable Michael A. Ramos
District Attorney
San Bernardino County District Attorney's Office
316 North Mountain View Avenue
San Bernardino, CA  92415-0004

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 29, 2008, at San Diego, California.

| Pamela A. Ratner | /s/Pamela A. Ratner |
|---|---|
| Declarant | Signature |

70116314.wpd