UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LYNN COFFMAN,<br><br>    Petitioner,<br><br>    v.<br><br>ANISSA DE LA CRUZ, Warden of Central California Women's Facility,<br><br>    Respondent. | CASE NO. CV 06-7304 AB<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

IT IS HEREBY ORDERED that Petitioner Cynthia Lynn Coffman's petition for writ of habeas corpus be CONDITIONALLY GRANTED and that the sentence of death in the matter of *People v. Cynthia Lynn Coffman*, Case No. SCR-45400 of the Superior Court, San Bernardino County, shall be VACATED.

IT IS FURTHER ORDERED that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new penalty trial or vacate the death sentence and resentence Petitioner in accordance with California law and the United States Constitution.

//

//

//

IT IS FURTHER ORDERED that the Clerk of this Court shall immediately notify the Warden of Central California Women's Facility of this Court's judgment.

**IT IS SO ORDERED.**

Dated: <u>September 4, 2025</u>.

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE